| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
§
§
*versus* § NO. 9:15-CR-23
§
§
§
DALE DALTON ROBINSON §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson recommended:

1. that the court find that the Defendant violated the fifth allegation in the petition that he failed to follow a standard condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. the Defendant should be sentenced to a term of 14 months' imprisonment to be served at the Federal Correctional Institute in El Reno, Oklahoma, if the Bureau of Prisons can accommodate such request with three years of supervised release to follow. Further, the Defendant should receive credit for any time previously served as allowed by law. The court adopts the magistrate judge's findings for the imposition of the special conditions of supervised release.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to

revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Dale Dalton Robinson's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 7th day of March, 2022.

_____<br>
MARCIA A. CRONE<br>
UNITED STATES DISTRICT JUDGE